THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN DENNING | ) | CHAPTER 13 |
| LILLIAN DENNING | ) | CASE NO: 10-51882 |
| | ) | |
| | ) | MARILYN SHEA-STONUM |
| DEBTOR(S) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | NOTICE THAT CHAPTER 13 PLAN |
| | ) | CANNOT BE CONFIRMED |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the above Chapter 13 Plan cannot be confirmed for the following reason(s):

341 Meeting of Creditors has not been concluded.

The Trustee is filing this as a courtesy to the attorney of record in this case. The Trustee requests that if any action is needed by debtor(s) counsel that said counsel take necessary steps to conclude the pending matter(s) so that the Trustee may confirm this case at the next scheduled confirmation hearing.

Respectfully submitted,

/s/Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

cc: WARNER MENDENHALL ESQ     JOHN DENNING                (via reg MAIL)
    (via ECF)                 LILLIAN DENNING
                              5923 TALLMADGE ROAD
                              ROOTSTOWN, OH 44272

**CHAPTER 13**
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com