THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 10-51882
JOHN and LILLIAN DENNING )
DEBTOR(S) ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) 341 MEETING OF CREDITORS HAS
) BEEN CONCLUDED

---

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the 341 Meeting of Creditors has been concluded.

Keith L. Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308

**TAMMY ROWE**
Office of the Chapter 13 Trustee
330-762-6335 Ext. 227
trowe@ch13akron.com
*Please contact the person above for questions regarding this form.*

CHAPTER 13
Keith L Rucinski
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

cc: WARNER MENDENHALL ESQ (via ECF)

JOHN and LILLIAN DENNING
5923 TALLMADGE ROAD
ROOTSTOWN, OH 44272